**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ANTHONY L. YOUNG**                                                                          **PETITIONER**
**ADC #510378**

**5:12CV00319 BSM**

**RAY HOBBS**                                                                                        **RESPONDENT**
**Director, Arkansas**
**Department of Correction**

## ORDER

After carefully considering the objections and making a *de novo* review of the record in this case, the proposed findings and recommended disposition of Magistrate Judge H. David Young [Doc. No. 4] are hereby approved and adopted in their entirety. Petitioner Anthony Young's petition [Doc. No. 2] is dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the order [Doc. No. 3] requiring him to pay the filing fee within thirty days of the date the order was entered.

It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 27th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE